IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                        2:04-cr-163-2

Dontario Boyd


<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 58) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the superseding indictment, and he is hereby adjudged guilty on those counts.


Date: May 31,2005                  <u>     s\James L. Graham     </u>
                                  James L. Graham
                                  United States District Judge